JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 2:19-CV-02922-AB-JC |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| LET ASSOCIATES, L.P., a California Limited Partnership; L&E ASSOCIATES, LLC, a California Limited Liability Company; JILMOND INCORPORATED, a California Corporation; and Does 1-10, | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without

1.

costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 22, 2020       _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

2.